**FILED**

NOV -9 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | No | CR08-0886 VRW<br>C-10-4088 VRW |
| Plaintiff, | | ORDER |
| v | | |
| YUSEF STERLING, | | |
| Defendant. | | |

Defendant Yusef Sterling, pursuant to 28 USC § 2255, moves this court to vacate, set aside or correct his sentence based on President Barack Obama's recent signing of the Fair Sentencing Act ("FSA"). Doc #38. Defendant's sole contention is that the FSA's passage into law renders his original sentence illegal. Id at 5. For the reason set forth below, defendant's motion is DENIED.

On May 14, 2009 defendant entered into a plea agreement with the government under which defendant pleaded guilty to a

violation of 21 USC §§ 846, 841(b)(1)(A) (conspiracy to distribute 50 grams of crack cocaine) and 21 USC §§ 841(a)(1), (b)(1)(A), 860(a) (conspiracy to distribute 50 grams of crack cocaine within 1000 feet of a public housing facility). Doc #28 at 1-2. In that agreement, defendant also waived his right collaterally to attack his sentence under section 2255. Id at 4.

A knowing and voluntary waiver of a defendant's right collaterally to attack his sentence is enforceable. United States v Abarca, 985 F2d 1012, 1014 (9th Cir 1993). The record lacks any indication that the plea agreement was anything but knowing and voluntary. Similarly, defendant's section 2255 application does not allege facts that would undermine the waiver's validity. See Doc #38. Accordingly, the court finds defendant's section 2255 waiver valid; his motion, Doc #38, is DENIED.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Yusef Sterling,<br><br>        Defendant.<br>_____/ | Case Number: C10-04088 VRW<br>                           CR08-0886 VRW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 9, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Yusef Sterling
96392-011
Herlong FCI
PO Box 800
Herlong, CA 96113

Dated: November 9, 2010

                                            Richard W. Wieking, Clerk
                                            By: Cora Klein, Deputy Clerk

                                            *Cora Klein* (signature)

Yusef Sterling
96392-011
Herlong FCI
PO Box 800
Herlong, CA 96113

CR08-0886 VRW
C10-04088 VRW